222 So.2d 68

### Edward BLANCHET

**v.**

### VERMILION PARISH SCHOOL BOARD.

**No. 49816.**

May 9, 1969.

In re: Edward Blanchet applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 220 So.2d 534.

Writ denied. The showing made does not warrant the issuance of a writ of review.

222 So.2d 68

### John H. FREEMAN

**v.**

### Earl HILL, Sheriff, Richland Parish, Louisiana.

**No. 49852.**

May 13, 1969.

In re: John H. Freeman applying for writ of habeas corpus.

Application denied. On the showing made we find no basis for granting the relief prayed for.

222 So.2d 68

### Simuel GUIDRY

**v.**

### SEACOAST PRODUCTS, INC., et al.

**No. 49830.**

May 9, 1969.

In re: Seacoast Products, Inc., and United States Fidelity & Guaranty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 220 So.2d 570.

Writ refused. On the facts found by the Court of Appeal the result is correct.